# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LORIN F. SCHNEIDER,<br><br>              Plaintiff,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION<br><br>              Defendant. | Case No.   2:12-cv-01375-RCJ-GWF<br><br>**ORDER**<br><br>Motion to Serve Additional Party (#11) |

This matter comes before the Court on Plaintiff Lorin F. Schneider's ("Plaintiff") Motion to Serve Additional Party (#11), filed on October 22, 2012. In its August 8, 2012 Order (#2), the Court directed service of summons and Plaintiff's Complaint to the General Counsel of the Social Security Administration in Baltimore, Maryland. Under the Federal Register, Volume 70, Number 236, however, service should be directed to the Office of the Regional Chief Counsel in San Francisco. *See* 70 FR 73320, 73322 (Dec. 9, 2005). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Lorin F. Schneider's Motion to Serve Additional Party with Summons and Complaint (#11) is **granted.** The Clerk of the Court shall send a copy of summons and Complaint by certified mail to: Office of the Regional Chief Counsel, Region IX, Social Security Administration, 160 Spear Street, Suite 899, San Francisco, California 94105.

DATED this 23rd day of October, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge