# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LORIN F. SCHNEIDER,

   Plaintiff,

vs.

SOCIAL SECURITY ADMINISTRATION

   Defendant.

Case No.   2:12-cv-01375-RCJ-GWF

**ORDER**

   This matter is before the Court on Plaintiff's Motion to Serve Party with Summons and Complaint (#15), filed December 27, 2012. Plaintiff requests the court issue a summons to the United States Attorney for the District of Nevada and deliver the summons and complaint to the U.S. Marshal for service. A return of service upon the United States Attorney of the Summons and Complaint was filed with the Court on January 16, 2013. Accordingly,

   **IT IS ORDERED** that Plaintiff's Motion to Serve Party with Summons and Complaint (#15) is **denied,** as moot.

   DATED this 25th day of January, 2013.

                _____
                GEORGE FOLEY, JR.
                United States Magistrate Judge