# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LORIN F. SCHNEIDER,<br><br>    Plaintiff,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION<br><br>    Defendant. | Case No.  2:12-cv-01375-RCJ-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion to Serve Party with Summons and Complaint (#15), filed December 27, 2012.  Plaintiff requests the court issue a summons to the United States Attorney for the District of Nevada and deliver the summons and complaint to the U.S. Marshal for service.  A return of service upon the United States Attorney of the Summons and Complaint was filed with the Court on January 16, 2013.  Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Serve Party with Summons and Complaint (#15) is **denied,** as moot.

DATED this 25th day of January, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge