# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Lorin F. Schneider,<br><br>Plaintiff<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>Defendants | Case No.: 2:12-cv-01375-JAD-GWF<br><br>**Order Adopting Finding and Recommendation [Doc. 31] and Remanding Matter to Social Security Administration** |

Before the Court is Magistrate Judge George Foley Jr.'s November 31, 2013, Finding and Recommendation regarding Plaintiff Lorin Schneider's request for reversal or remand of the Administrative Law Judge's decision to deny disability benefits. Doc. 23; Doc. 31. Judge Foley recommended remanding "for further administrative proceedings, including the obtaining of vocational expert testimony, to determine whether there are sedentary jobs available in sufficient numbers in the national economy that Plaintiff can perform in light of the environmental restrictions on his residual functional capacity." Doc. 31 at 12. Objections were due December 8, 2013. Neither Schneider nor the Defendant Commissioner of Social Security Administration filed an objection to Judge Foley's Finding and Recommendation. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Accordingly, and with good cause appearing,

It is hereby ORDERED that Judge Foley's Finding and Recommendation **[Doc. 31] is ADOPTED**.

It is further ORDERED that this action is **REMANDED** to the Social Security Administration for further proceedings consistent with this Order and Judge Foley's Finding and Recommendation.

DATED January 21, 2014.

_____
Jennifer A. Dorsey
United States District Judge

2