1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

8

9 Lorin F. Schneider,

10           Plaintiff               Case No.: 2:12-cv-01375-JAD-GWF

11           v.               **Order Adopting Finding and**
**Recommendation [Doc. 31]**

12 Commissioner of Social Security Administration,     **and Remanding Matter to Social**
**Security Administration**

13           Defendants

14

15      Before the Court is Magistrate Judge George Foley Jr.'s November 31, 2013, Finding and

16 Recommendation regarding Plaintiff Lorin Schneider's request for reversal or remand of the

17 Administrative Law Judge's decision to deny disability benefits.  Doc. 23; Doc. 31.  Judge Foley

18 recommended remanding "for further administrative proceedings, including the obtaining of

19 vocational expert testimony, to determine whether there are sedentary jobs available in sufficient

20 numbers in the national economy that Plaintiff can perform in light of the environmental restrictions

21 on his residual functional capacity."  Doc. 31 at 12.  Objections were due December 8, 2013.

22 Neither Schneider nor the Defendant Commissioner of Social Security Administration filed an

23 objection to Judge Foley's Finding and Recommendation.  "[N]o review is required of a magistrate

24 judge's report and recommendation unless objections are filed."  *Schmidt v. Johnstone*, 263 F. Supp.

25 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v.*

26 *Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

27

28                                                                 1

1    Accordingly, and with good cause appearing,

2    It is hereby ORDERED that Judge Foley's Finding and Recommendation **[Doc. 31] is**

3  **ADOPTED**.

4    It is further ORDERED that this action is **REMANDED** to the Social Security

5  Administration for further proceedings consistent with this Order and Judge Foley's Finding and

6  Recommendation.

7    DATED January 21, 2014.

8

9  _____
   Jennifer A. Dorsey
10  United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    2